# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Rocca,<br><br>    Plaintiff,<br><br>    v.<br><br>Thrifty Payless, Inc. dba Rite Aid #05746; The Irvine Company,<br><br>    Defendants. | Case No. 8:14-cv-00906-MMM-RNB<br><br>**[Proposed] Order re: Joint Stipulation for Dismissal** |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Michael Rocca and defendant Thrifty Payless Inc. dba Rite Aid #05746,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety as to all parties.

Dated: August 26, 2014

_Margaret M. Morrow_
United States District Judge

Order re: Joint Stipulation for Dismissal                    *Rocca v. Thrifty Payless, Inc., et al.*
                                                              Case No. 8:14-cv-00906-MMM-RNB

-1-